```
_____ FILED _____ LODGED
         _____ RECEIVED
```

Jul 26, 2021

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff

v.

STEPHEN RIAN PRICE,

Defendant.

No. CR 21-5255BHS

**INFORMATION**

18 U.S.C. §§ 2251(a) and (e)
(Production of Child Pornography – Two Counts)

The United States Attorney charges that:

### COUNT 1

### (Production of Child Pornography)

Between on or about October 18, 2018, and on or about October 16, 2019, in Skamania County, within the Western District of Washington, and elsewhere, STEPHEN RIAN PRICE, knowingly employed, used, persuaded, induced, enticed, and coerced MV1, a minor, to engage in sexually explicit conduct, and attempted to do so, for the purpose of producing a visual depiction of such conduct and transmitting any live visual

depiction of such conduct, knowing or having reason to know that such visual depiction would be transported and transmitted using any means or facility of interstate and foreign commerce, such visual depiction was transported and transmitted using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and such visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT 2

### (Production of Child Pornography)

Between on or about July 11, 2018, and on or about October 16, 2019, in Skamania County, within the Western District of Washington, and elsewhere, STEPHEN RIAN PRICE, knowingly employed, used, persuaded, induced, enticed, and coerced MV2, a minor, to engage in sexually explicit conduct, and attempted to do so, for the purpose of producing a visual depiction of such conduct and transmitting any live visual depiction of such conduct, knowing or having reason to know that such visual depiction would be transported and transmitted using any means or facility of interstate and foreign commerce, such visual depiction was transported and transmitted using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and such visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## ASSET FORFEITURE ALLEGATION

The allegations contained in Counts 1 and 2 of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture. Upon conviction of either offense, the Defendant STEPHEN RIAN PRICE shall forfeit to the United States any and all property used or intended to be used to commit or to promote

the commission of the offense. All such property is forfeitable pursuant to Title 18, United States Code, Section 2253(a)(3) and includes but is not limited to:

    a.    LG K20 Plus Cell Phone (Item 1146-002) seized from STEPHEN RIAN PRICE on or about October 16, 2019;

    b.    HP Laptop computer (Item 1146-003) seized from STEPHEN RIAN PRICE on or about October 16, 2019;

    c.    ZTE Blade Z Max Cell Phone (Item 1146-005) seized from STEPHEN RIAN PRICE on or about October 16, 2019; and,

    d.    LG K20 Cell Phone (Item 1146-006) seized from STEPHEN RIAN PRICE on or about October 16, 2019.

DATED this 26th day of July, 2021.

*Sarah G. Vogel, for*
TESSA M. GORMAN
Acting United States Attorney

*Angelica Williams, for*
GRADY J. LEUPOLD
Assistant United States Attorney

*Angelica Williams*
ANGELICA J. WILLIAMS
Assistant United States Attorney