FILED ____ LODGED ____
____ RECEIVED
SEP 30 2021
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ____ DEPUTY

Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR21-5255BHS |
| Plaintiff, | CONSENT TO RULE 11 PLEA IN A FELONY CASE BEFORE A UNITED STATES MAGISTRATE JUDGE |
| v. | |
| STEPHEN RIAN PRICE, | |
| Defendant. | |

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge. I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to the acceptance of my plea by a United States Magistrate Judge pursuant to Rule 11 of the Federal Rules of Criminal Procedure. I understand that if the United States Magistrate Judge orders the preparation of a presentence investigation report, the assigned United States

//
//
//

CONSENT TO RULE 11 PLEA
CR21-5255BHS/STEPHEN RIAN PRICE. - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WA 98402
(253) 428-3800

District Judge will then decide whether to accept or reject my plea of guilty and any plea agreement I may have with the United States and will adjudicate guilt and impose sentence.

DATED this 30th day of September, 2021.

_____
STEPHEN RIAN PRICE
Defendant

_____
JOHN CARPENTER
Attorney for Defendant

APPROVED:

_____
ANGELICA J. WILLIAMS
Assistant United Stated Attorney